| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

CARLO ANTONIO DEL CONTE,

    Plaintiff,

v.

THE SAN FRANCISCO POLICE DEPT., OFFICER X KERWITZ, individually and as a member of the San Francisco Police Department, OFFICERS DOE 1 through DOE 8, being fictitious names, individually and as members of the San Francisco Police Department, SALLY MORIN, ESQ. individually and as a member of the law firm of James M. Millar, Esq., JAMES M. MILLER, ESQ., TONY TORREZ and CHAD SCHIMKE,

    Defendants.

No. C 06-05030 JSW

**ORDER RE STATUS REPORTS**

On April 16, 2007, the Court stayed this action, pending completion of the state court proceedings, and ordered orders the parties to submit status reports regarding all related state court proceedings every 120 days. On July 11, 2007, the Law Firm Defendants filed a status report, in which they requested the Court set a status date. There has been no further activity in this action since that time. The Court did not intend to set status dates. Rather, pending completion of the state court proceedings, the Court ordered the parties to submit status reports advising it of the status of the state court proceedings and when, and if, they expected the stay to be lifted.

Accordingly, the parties are HEREBY ORDERED to submit a status report regarding the pendency of the state court proceedings by no later than March 14, 2008. The parties shall continue to submit status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: February 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLO ANTONIO DEL CONTE,

    Plaintiff,

v.

SF POLICE DEPT et al,

    Defendant.

Case Number: CV06-05030 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlo Antonio Del Conte
758 City Walk Place
#2
Hayward, CA 94545

Dated: February 27, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk