1  James M. Millar, Esq., SBN: 130187
2  Sally Morin, Esq., SBN: 191190
   **MILLAR & ASSOCIATES APLC**
3  120 Montgomery Street, Suite 1600
   San Francisco, CA 94104
4  Telephone: (415) 981-8100
   Facsimile: (415) 981-9024
5

6  Attorneys for defendants
   SALLY MORIN, ESQ., individually and as a member
7  of the law firm of James M. Millar, Esq., JAMES M.
   MILLAR, ESQ., TONY TORREZ and CHAD SCHIMKE
8

9                                  UNITED STATES DISTRICT COURT

10                                 NORTHERN DISTRICT OF CALIFORNIA

11                                      SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLO ANTONIO DEL CONTE, | **Case No. C 06-5030-JSW** |
| Plaintiff, | |
| vs. | **ORDER DISMISSING FIRST AMENDED COMPLAINT AS TO DEFENDANTS JAMES MILLAR, SALLY MORIN, TONY TORREZ AND CHAD SCHIMKE** |
| THE SAN FRANCISCO POLICE DEPARTMENT, OFFICER X KERWITZ, individually and as a member of the San Francisco Police Department, OFFICERS DOE 1 through DOE 8, being fictitious names, individually and as members of the San Francisco Police Department, SALLY MORIN, ESQ., individually and as a member of the law firm of James M. Millar, Esq., JAMES M. MILLAR, ESQ., TONY TORREZ and CHAD SCHIMKE | |
| Defendants | |

       IT IS HEREBY ORDERED that plaintiff CARLO ANTONIO DEL CONTE's First

Amended Complaint is dismissed as to Defendants JAMES MILLAR, SALLY MORIN, TONY

TORREZ, AND CHAD SCHIMKE, only, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Each

---

STIPULATION AND ORDER TO DISMISS

3

party shall bear their own fees and costs of suit.

Dated: March 23, 2009

*/s/ Jeffrey S. White*
DISTRICT COURT JUDGE

STIPULATION AND ORDER TO DISMISS

4