IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO ANTONIO DEL CONTE, | |
| Plaintiff, | No. C 06-05030 JSW |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | **ORDER LIFTING STAY AND SETTING STATUS CONFERENCE** |
| Defendants. | |
| _____/ | |

This case was stayed pending disposition of a State Action based upon the same facts. The Court has now received a status report from Plaintiff which indicates that the State Action has been settled and dismissed. It is therefore appropriate to lift the stay of this matter. The police officers, defendants in this action, were not before the State court. All other defendants have been dismissed from this action.

The Court HEREBY LIFTS the stay of this action and SETS a status conference for **September 4, 2009 at 1:30 p.m.** The parties' status conference statements shall be filed and served no later than August 28, 2009.

**IT IS SO ORDERED.**

Dated: August 10, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLO ANTONIO DEL CONTE,

    Plaintiff,

v.

SF POLICE DEPT et al,

    Defendant.
                                         /

Case Number: CV06-05030 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlo Antonio Del Conte
2811 Creekside Drive
San Leandro, CA 94578

Dated: August 10, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk