DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID W. AMMONS, State Bar #187168
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3954
Facsimile: (415) 554-3837
E-Mail: david.ammons@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

CARLO ANTONIO DEL CONTE
2811 Creekside Drive
San Leandro, Ca 94578
Telephone: (510) 677-9498
Email: delcontecarlo@gmail.com

Plaintiff appearing *in Propria Persona*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO ANTONIO DEL CONTE, <br><br> Plaintiff, <br><br> vs. <br><br> THE SAN FRANCISCO POLICE DEPARTMENT, individually and as a division of the City and County of San Francisco; SAN FRANCISCO CHIEF OF POLICE HEATHER FONG and COMMISSIONERS LOUISE RENNE, DAVID CAMPOS, PETRA DEJESUS, THERESA SPARKS, JOE MARSHALL and JOE VERONESE, in their individual and official capacities, OFFICER AMY KURWITZ, individually and as a Member of the San Francisco Police Department, OFFICERS DOE 1 THROUGH DOE 8, being fictitious names, individually and as members of the San Francisco Police Department, SALLY MORIN, ESQ., individually and as a Member of the Law Firm of James M. Millar, Esq.; JAMES M. MILLAR, ESQ., TONY TORREZ and CHAD SCHIMKE, <br><br> Defendants. | Case No. C06-5030 JL (EMC) <br><br> **REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be DISMISSED WITH PREJUDICE. It is further stipulated that each party shall bear their own costs and attorneys' fees.

Dated: 6/14/10

CARLO ANTONIO DEL CONTE
Plaintiff appearing *in Propria Persona*

Dated: June 14, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID W. AMMONS
Deputy City Attorney

By: DAVID W. AMMONS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

**ORDER**

IT IS SO ORDERED.

Dated: June 21, 2010

HONORABLE JAMES LARSON
United States District Court Magistrate Judge

REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL; USDC No. C06-05030 JL (EMC)

2

n:\lit\li2006\070521\00634105.doc